

1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9              Plaintiff,                   )
                                           )
10       v.                                 )     2:15-CR-185-KJD-(CWH)
                                           )
11  PRAKASH KUMAR,                          )
                                           )
12            Defendant.                    )

13              **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that defendant PRAKASH KUMAR pled guilty to Count One of a One-Count

15  Criminal Indictment charging him with Receipt or Distribution of Child Pornography in violation of

16  Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 1; Change of Plea,

17  ECF No. 25; Plea Agreement, ECF No. 26.

18          This Court finds defendant PRAKASH KUMAR agreed to the forfeiture of the property set

19  forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal

20  Indictment, ECF No. 1; Change of Plea, ECF No. 25; Plea Agreement, ECF No. 26.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22  has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

23  Allegations of the Criminal Indictment and the offense to which defendant PRAKASH KUMAR pled

24  guilty.

25          The following assets are (1) any visual depiction described in Title 18, United States Code,

26  Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any

1  such visual depiction, which was produced, transported, mailed, shipped or received in violation of

2  Title 18, United States Code, Section 2252A(a)(2) and (2) any property, real or personal, used or

3  intended to be used to commit or to promote the commission of Title 18, United States Code, Section

4  2252A(a)(2) or any property traceable to such property, and are subject to forfeiture pursuant to Title

5  18, United States Code, Section 2253(a)(1) and (a)(3):

6       1.  HP Desktop Computer, SN MXV82900SD;

7       2.  Toshiba external hard drive w/USB cord;

8       3.  Western Digital external hard drive w/USB cord, SN WX1E82FAKJ1;

9       4.  Maxtor IDE hard drive, SN Y272E1YE;

10       5.  Samsung SATA hard drive, SN S10MJ9A1304834;

11       6.  Hitachi hard drive, SN MS18D07K;

12       7.  Dell Pocket PC, SN 452V531;

13       8.  Matsunichi 8 GB USB;

14       9.  72 CD's and DVD's;

15       10. 15 CD's and DVD's; and

16       11. Samsung smartphone

17  (all of which constitutes property).

18       This Court finds the United States of America is now entitled to, and should, reduce the

19  aforementioned property to the possession of the United States of America.

20       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

21  United States of America should seize the aforementioned property.

22       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

23  PRAKASH KUMAR in the aforementioned property is forfeited and is vested in the United States of

24  America and shall be safely held by the United States of America until further order of the Court.

25       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

26  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

1  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

2  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

3  name and contact information for the government attorney to be served with the petition, pursuant to

4  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

5        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity

6  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

7  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

8  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

9  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

10  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

11  petition and the relief sought.

12        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

13  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

14  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

15  after the first day of the publication on the official internet government forfeiture site,

16  www.forfeiture.gov.

17        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

18  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

19  following address at the time of filing:

20                Daniel D. Hollingsworth
              Assistant United States Attorney

21                501 Las Vegas Boulevard South, Suite 1100
              Las Vegas, Nevada 89101.

22

23        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

24  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

25  following publication of notice of seizure and intent to administratively forfeit the above-described

26  property.

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of

2  this Order to all counsel of record.

3        DATED this 11th day of _____May_____, 2016.

 

 

                                              UNITED STATES DISTRICT JUDGE