# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

Prakash Kumar

                Defendant.

JUDGMENT

Case Number: 2:15-cr-00185-KJD-CWH

(Related case: 2:17-cv-03065-KJD  )

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendant. A Certificate of Appealability is denied.

10/30/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk